# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0326

_____

GEORGE DORAN,

  Appellant,

v.

DEPARTMENT OF HEALTH,

  Appellee.

_____


On appeal from the Department of Health.
Kenneth A. Scheppke, Deputy Secretary.

June 24, 2026


PER CURIAM.

  AFFIRMED.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John E. Terrel of Howell, Buchan & Strong, Tallahassee, for Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Prosecution Services Unit, Tallahassee, for Appellee.